UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JAMES D. LEWIS JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA ET AL, <br><br> Defendants. | Case No. CV-18-042-BU-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Lewis's Complaint is DISMISSED with prejudice.

Dated this 6th day of September, 2018.

                TYLER P. GILMAN, CLERK

                By: /s/ A. Puhrmann
                A. Puhrmann, Deputy Clerk